IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARTHA BROWN,                )
                             )
        Plaintiff,           )
                             )
    v.                       )        CIVIL ACTION NO. 2:97CV185-SRW
                             )                    (WO)
JO ANNE B. BARNHART,         )
Commissioner of Social Security,  )
                             )
        Defendant.           )

**MEMORANDUM OPINION**

By order entered November 28, 2000, this court remanded the present action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of new evidence.  In his July 16, 2003 decision on remand, the ALJ concluded that plaintiff retains the residual functional capacity to perform a significant number of jobs in the national economy and, thus, that she is not disabled.  (R. 384-407).  On March 24, 2004, the Appeals Council denied plaintiff's request for review.  Over two years later, on April 24, 2006, the court reopened this case on the Commissioner's motion.  With her motion, the Commissioner filed the administrative transcript and the decision of ALJ.

In its April 24, 2006 order reinstating this action, the court directed plaintiff – if she contends that the decision of the Commissioner is due to be reversed – to file a brief in support of her claim for relief within forty days of entry of the order.  The court advised plaintiff that the court will deem plaintiff's failure to file a brief within the time allowed by the court as an admission that the decision of the Commissioner is due to be affirmed.  (Doc.

#24).  More than forty days have now passed since the court's order establishing the briefing

schedule, and plaintiff has filed neither a brief nor a request for an extension of the briefing

deadline.

In view of plaintiff's failure to file a brief contesting the decision of the Commissioner

on remand, as directed by the court, the court concludes that plaintiff does not oppose the

decision and that it is due to be affirmed.  A separate judgment will be entered.

Done, this 12th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE